WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Lynn Hill, | No. CV-18-01824-PHX-SRB (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Moller, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Motion for Continuance So I Can Find Out About A Dismissal Motion I never Received" (Doc. 22). No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i) (failure to file a response may be deemed consent to the granting of a motion). For good cause shown,

**IT IS ORDERED** granting Plaintiff's request for an extension of time to file a response to Defendants' Motion to Dismiss (Doc. 17). Plaintiff shall respond to the Motion (Doc. 17) no later than November 27, 2019.

**IT IS FURTHER ORDERED** that Defendants provide Plaintiff with a copy of the Motion to Dismiss (Doc. 17). Proof of service shall be filed with the Court, reflecting timely compliance with this Order.

Dated this 23rd day of October, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge